```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
                                                                     :
                                                                     :
                                                                     :
                                                                     :
                                                                     :
                                                                     :     20-cv-5735 (LJL)
IN RE BYSTOLIC ANTITRUST LITIGATION                                  :
                                                                     :
                                                                     :     ORDER
                                                                     :
                                                                     :
                                                                     :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2023

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated in the Opinion and Order at Dkt. No. 438, the Clerk of Court is respectfully directed to close this case, its member cases, and its related cases:  20-cv-5735, 20-cv-07110, 20-cv-08754, 20-cv-08756, 20-cv-05538, 20-cv-09793, 20-cv-10087, 20-cv-05813, 20-cv-07580, 20-cv-07352, 20-cv-05837, 20-cv-07492, 20-cv-05826, 20-cv-07309, 20-cv-05901, 20-cv-06769, 20-cv-07177, 20-cv-06647, 20-cv-07296, 20-cv-07304, 20-cv-06223.

      SO ORDERED.

Dated: August 18, 2023
       New York, New York

                                                            LEWIS J. LIMAN
                                                        United States District Judge